THE STATE *v*. WILLIAM BROWN.

INDICTMENT.—*Record.*

The letters A and B placed at the head of the record entry of the return by the grand jury for an indictment for assault and battery show the offence with sufficient certainty.

In this case the clerk of the Circuit Court in entering upon the record the fact of the return by the Grand Jury of an indictment against the defendant for assault and battery, omitted to state the offence charged in the indictment, except by the letters A and B placed at the head of the entry. Upon this ground the Court below arrested judgment after conviction, and the Attorney General for the State appealed.

TURLEY, J. :

The entry shows the fact of the finding of a bill for assault and battery with sufficient certainty. The judgment of the Circuit Court will be reversed, and a fine of five dollars entered against the defendant.

*Judgment reversed.*